UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH J. GUEVARA,

    Plaintiff,

vs.                                          Case No. 8:16-cv-2421-T-27JRK

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Unopposed Motion for Entry of Judgment with Remand (Dkt. 17). Upon consideration and good cause shown, the Motion (Dkt. 17) is **GRANTED**. Pursuant to sentence four of 42 U.S.C. § 405(g), this case is **REMANDED** to the Commissioner of Social Security for further administrative action consistent with the Motion. The Clerk is **DIRECTED** to close the file.

**DONE AND ORDERED** this 6th day of April, 2017.

                                                JAMES D. WHITTEMORE
                                                United States District Judge

Copies to:
Counsel of Record