UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH J. GUEVARA,

    Plaintiff,

v.                                                      Case No: 8:16-cv-2421-T-27JRK

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is Plaintiff's Unopposed Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act (Dkt. 19). Defendant has no objection to the substance of the motion. "Defendant takes the position that the motion has been filed prematurely before the 60 day period to appeal has run, but does not object to the Court deeming the petition as timely filed and ruling on it after the 60 day period has run." (Dkt. 19 at 2). Upon consideration, the Motion (Dkt. 19) is **GRANTED**. Pursuant to 28 U.S.C. § 2412(d), Plaintiff is awarded $400.00 in costs and $4,075.47 in EAJA fees for 21.10 hours of work at a rate of $193.15 per hour, both of which are reasonable, within **sixty (60) days** of the date of this Order, subject to reasonable extensions for good cause if shown.

**DONE AND ORDERED** this 1st day of June, 2017.

                                                              JAMES D. WHITTEMORE
                                                              United States District Judge

Copies to: Counsel of record

1